M. P. Nos. 73-257, 271. RHODE ISLAND CONSUMERS' COUNCIL v. ARCHIE SMITH *et al.* THE NARRAGANSETT ELECTRIC COMPANY v. ARCHIE SMITH *et al.* Motion of The Narragansett Electric Company, the Rhode Island Consumers' Council and the Public Utilities Commission to file a Joint Appendix is granted. Roberts, C. J. not participating. *Dennis J. Roberts II,*

for Rhode Island Consumers' Council. *Edwards & Angell, Edward F. Hindle, Knight Edwards, Deming E. Sherman,* for The Narragansett Electric Company. *Goldman, Biafore & Hines, John H. Hines, Jr.,* for respondents.